**Stephen A. PERRY, Administrator, General Services Administration, Appellant,**

v.

**HENSEL PHELPS CONSTRUCTION CO., Appellee.**

No. 01–1353.

United States Court of Appeals, Federal Circuit.

May 10, 2002.

Before MAYER, Chief Judge, MICHEL, and DYK, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED.

*AFFIRMED. See* Fed. Cir. R. 36.

**In re John C. KIERSPE**

No. 02–1045.

United States Court of Appeals, Federal Circuit.

June 6, 2002.

Before CLEVENGER, Circuit Judge, PLAGER, Senior Circuit Judge, and BRYSON, Circuit Judge.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.